No. 292. GEOTECHNICAL CORPORATION *v.* PURE OIL Co. C. A. 5th Cir. Certiorari denied. *Selim B. Lemle* for petitioner.

No. 305. ATLANTIC COAST LINE RAILROAD Co. *v.* PIDD. C. A. 5th Cir. Certiorari denied. *Charles Cook Howell* and *G. L. Reeves* for petitioner. *Olin E. Watts* for respondent.

No. 329. COSTELLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *George Wolf* and *Jacob W. Friedman* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 332. CENTRAL CUBA SUGAR Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Robert A. Littleton* and *Myles A. Walsh* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack, Lee A. Jackson,* and *Hilbert P. Zarky* for respondent.

No. 333. THERIOT *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert Ash* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack and S. Dee Hanson* for respondent.

No. 334. GASWAY *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Gray Thoron* for petitioner. *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent.